United States Courts
Southern District of Texas
FILED

SEP 30 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § JOSE L. URAGA aka WICHO § § LILIA MEDELES CERDA aka LILLY § § DIANA MEDELES GARCIA § aka DIANA GARCIA MARQUEZ § § GRACIELA MEDELES OCHOA § § DAVID GARCIA § | CRIMINAL NO.: H-13-628-S |

## SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Fraud in Connection with Identification Documents
### [Title 18 U.S.C. Sections 1028(a)(2) and (b)(1)(A)(i)]

That on or about April 24, 2013, within the Southern District of Texas and elsewhere,

**JOSE L. URAGA aka WICHO**

did knowingly transfer a false identification document, to-wit: a United States Social Security card, knowing that such document was produced without lawful authority of the United States and the document appeared to have been issued by or under the authority of the United States.

All in violation of Title 18, United States Code, Sections 1028(a)(2) and (b)(1)(A)(i).

### COUNT TWO
### Conspiracy to Harbor Illegal Aliens
### [Title 8 U.S.C. Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i)]

That from on or about August 1999 to the present, within the Southern District of Texas and elsewhere, defendant,

**LILIA MEDELES CERDA aka LILLY**

with others did knowingly and willfully conspire, confederate and agree with persons known and unknown to the Grand Jury, to commit offenses against the United States, that is:

To knowingly and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, attempted to and did conceal, harbor, and shield from detection, such aliens in buildings and other places in and around Houston, Texas, for purposes of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i).

## COUNT THREE
### Aiding and Abetting to Harbor Illegal Aliens

**[Title 8 U.S.C. Sections 1324(a)(1)(A)(v)(II), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(ii)]**

That from on or about January, 2011 to October 2013, within the Southern District of Texas and elsewhere, defendants,

**DIANA MEDELES GARCÍA**
**aka DIANA GARCÍA MARQUEZ**

**GRACIELA MEDELES OCHOA**

**DAVID GARCIA**

each aiding and abetting the other, and others known and unknown to the Grand Jury, knowing and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, or shield from detection, or attempt to

conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(II), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(ii).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 982(a)(2); 18 U.S.C. §1028

Pursuant to Title 18, United States Code, Section 982(a)(2) and Title 18, United States Code, Sections 1028(b) and 1028(h), the United States gives notice to defendant,

### JOSE L. URAGA aka WICHO

that in the event of conviction of the offense charged in Count One of this Superseding Criminal Information, the following property is subject to forfeiture:

(1) all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation;

(2) all personal property used or intended to be used to commit the offense, including but not limited to, the forfeiture and destruction or other disposition of the property listed in 18 U.S.C. § 1028(h).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 982(a)(6)

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States gives notice to defendants,

### LILIA MEDELES CERDA aka LILLY

### DIANA MEDELES GARCÍA
### aka DIANA GARCÍA MARQUEZ

### GRACIELA MEDELES OCHOA

## DAVID GARCIA

that in the event of conviction of the offenses charged in Counts Two or Three of this Superseding Criminal Information, the following property is subject to forfeiture:

(1) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the offense;

(2) all real and personal property that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

(3) all real and personal property used to facilitate, or intended to be used to facilitate, the commission of the offense.

### Money Judgment

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

### Specific Property

Defendants are notified that the property subject to forfeiture includes, but is not limited to, the following:

The real property, improvements, and appurtenances located at 1347 Dell Dale St., Channelview, Texas 77530, and legally described as:

> Lot Seven (7), Block One (1), Sterling Green, Section Five (5), an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 252, Page 42 of the Map Records of Harris County, Texas.

### Substitute Assets

Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of defendants,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference in Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 982(b)(1), and Title 18, United States Code, Section 1028(g).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
RUBEN R. PEREZ
ASSISTANT UNITED STATES ATTORNEY

_____
JOSEPH C. MAGLIOLO
ASSISTANT UNITED STATES ATTORNEY

Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

v.

JOSE L. URAGA

Case Number: H-13-628-S

Defendant(s)

I, JOSE L. URAGA, the above-named defendant, who is accused of

did knowingly transfer a false identification document, to-wit: a United States Social Security card, knowing that such document was produced without lawful authority of the United States and the document appeared to have been issued by or under the authority of the United States. All in violation of Title 18, United States Code, Sections 1028(a)(2) and (b)(1)(A)(i).

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consent
　　　　　　　　　　　　　　　　　　　*Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
　　　　　　　Judicial Officer

Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern  **DISTRICT OF**  Texas

**WAIVER OF INDICTMENT**

United States of America

v.

LILIA MEDELES CERDA

Case Number: H-13-628-S

Defendant(s)

I, LILIA MEDELES CERDA , the above-named defendant, who is accused of

knowingly and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, attempted to and did conceal, harbor, and shield from detection. In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i).

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on _____ prosecution by indictment and consent
        Date
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
        Judicial Officer

Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

V.

DIANA MEDELES GARCIA,

Case Number: H-13-628-S

Defendant(s)

I, DIANA MEDELES GARCIA, , the above-named defendant, who is accused of

Did knowingly conceal, harbor and shield from detection or attempt to conceal, harbor, or shield from detection, such aliens in any place including any building or any means of transportation. In violation of 8 UCS section 1324(a)(1)(A)(v)(II), 1324(a)(1)(A)(iii)& 1324(a)(B)(ii).

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on _____ prosecution by indictment and consent
*Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer